697 A.2d 145

JOSEPH DECARLO v. JOSEPH PETTINATO.

Superior Court of New Jersey
Appellate Division

June 19, 1997.

Before Judges PRESSLER and PETRELLA.

This matter having been duly presented by the court, it is on this 19th day of June, 1997, hereby Ordered as follows:

The motion for leave to appeal is granted and the court elects pursuant to R. 2:8–3(b) summarily to decide the appeal.

We affirm the denial of the summary judgment motion of Cigna Property & Casualty Companies for an adjudication of non-coverage based on the business exclusion.

The balance of the summary judgment requiring Cigna Property & Casualty Companies to defend and indemnify is reversed as improvident and premature.

/s/ FOR THE COURT:

/s/ SYLVIA B.PRESSLER, P.J.A.D.